| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: May 20, 2021 |
| **GONZALEZ ET AL.**<br><br>         **Plaintiffs,**<br><br>   -against-<br><br>**YLLI CORP. ET AL.,**<br><br>         **Defendants.** | **20-cv-10966 (ALC)** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Parties should submit a joint status report by **May 28, 2021** indicating how they would like to proceed with this case.

**SO ORDERED.**

Dated: May 20, 2021  
    New York, New York       _____  
                   **ANDREW L. CARTER, JR.**  
                   **United States District Judge**