# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/22/2021

December 21, 2021

**Via ECF**
The Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: **Gonzalez et al v. YLLI Corp. et al**
    20-cv-10966 (ALC)(KNF)

Dear Judge Carter:

We represent the Plaintiffs in the above-referenced matter and we submit this letter motion to respectfully request an extension of time to file the settlement agreement and motion for settlement approval. This is the first request for an extension of time to file the settlement agreement and motion for settlement approval, which is due today pursuant to the Court's December 1, 2021 Order [Dkt. No. 20]. Defendants' counsel has consented to this request.

Due to the recent spike in COVID-19 cases affecting Plaintiffs' counsel's office and in light of the upcoming holidays, we respectfully request an additional three (3) weeks to file the motion for settlement approval and settlement agreement in this matter. If this request is granted, the parties can file the motion for settlement approval and the settlement agreement on or before January 11, 2022.

We thank Your Honor for his consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

*/s/ James O'Donnell*
James O'Donnell, Esq.

**Application GRANTED.**

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated:** 12/22/2021

CC: Defendants' counsel (via ECF)