UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ANGEL GONZALEZ, on behalf of himself,
and all others similarly situated,

       Plaintiffs,

    -against-           1:20-cv-10966 (ALC)

YLLI CORP. d/b/a FLACO'S PIZZA, and  **ORDER**
VESELJ HASANKJEKAJ, and DRITON
IMERAJ, as individuals,

       Defendants.
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' Agreement and Release with accompanying Letter Motion for Approval of the Settlement Agreement, filed March 3, 2022. (ECF No. 25.) Having reviewed the Settlement Agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**: August 23, 2022
     New York, New York

                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**